# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TIPPING POINT GROUP LLC, a Nevada limited liability company, and TIPPING POINT GAMING LLC, a Nevada limited liability company,<br><br>        Plaintiffs,<br><br>    v.<br><br>IGT, a Nevada corporation,<br><br>        Defendant. | **Case No.: 2:16-cv-02975**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE UNREDACTED COMPLAINT UNDER SEAL** |

This Court, having considered Plaintiffs' Motion for Leave to File Unredacted Complaint Under Seal (ECF No. 3) pursuant to Local Rule 10-5, and for good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

Plaintiffs are granted leave to file and maintain under seal an unredacted version of Plaintiffs' Complaint (including all exhibits thereto) (ECF No. 1);

The parties in this matter are further permitted to file and maintain under seal any other future filings with the Court that reference confidential terms and conditions of the Patent License Agreement dated August 24, 2014, by and between Plaintiff Tipping Point Group LLC and Defendant IGT; and

Pursuant to Local Rule 10-5, all pleadings, documents, and records filed or lodged in this action so long as this Order remains in effect shall prominently bear the words **"FILED UNDER SEAL UNDER COURT ORDER (ECF No.      )"** or words to this effect, and shall be treated by the parties and the Clerk accordingly until further Order of this Court.

**IT IS SO ORDERED:**

UNITED STATES DISTRICT JUDGE

DATED: 1/17/2017